# EXHIBIT 4

*Revised renewal*

# WHITEHALL PRODUCTS

BCBSM Administrative Services Contract Renewal
December 2004 - November 2005

The following documents provide important information regarding your administrative fee, stop-loss coverage, and projected claims for the upcoming renewal year. These figures have been developed based on your group's claims incurred in the period 12/2003 - 04/2004. Several exhibits detailing the characteristics of your utilization for this experience period, as well as prior periods and normative data, are included for your review. The reports provided may offer insight as to how we can continue to improve on the value you and your members get for your health care dollar. We're working hard to keep your costs as low as possible. (Savings illustrated below are detailed in the Savings Summary.)



Claim Expenses passed on to
Your Group for the Period
**December 2003 - April 2004
Were 41%
Of Total Charges Billed by Providers**

- 41%
- 25%
- 10%
- 6%
- 0%
- 1%
- 17%

**Total Billed by Providers $736,097**

- Provider Reimbursement Savings: $182,124
- Non-Eligible Charges: $75,586
- Benefit Design Savings: $47,210
- Coordination of Benefits: $824
- Benefits Covered by Medicare: $7,404
- Claims Returned & Other Adjustments: $122,830
- Claim Expenses for WHITEHALL PRODUCTS: $300,119

**Provider Reimbursement Savings Alone Saved Over 40% On
Approved Medical Charges**

BlueCard program savings for your members who received care in another Blue Plan's area, outside of Michigan, are included above. These savings represent only a portion of the overall savings gained through our cost containment programs, which are designed to yield the most effective, efficient health care at the lowest possible cost. These include Provider Audit, Utilization Review, Precertification, and Case Management.

## Administrative Fee

|  | Current<br>12/01/2003 - 11/30/2004 | Renewal<br>12/01/2004 - 11/30/2005 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $34.68 | $35.38 | 2.02% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- HIPAA Certificates
- Benefit Books
- ID Cards
- Employee Communications
- Claims Processing
- Check Writing
- Local Account Representatives
- Utilization Management Reports
- Precertification
- Utilization Review
- Case Management
- Membership Processing
- Actuarial Services
- Anti-Fraud Services
- Cost Containment
- Group Conversion Privileges
- Customer Service Representatives
- Blue HealthLine

## Stop - Loss

| $25,000 Specific<br>& 120% Aggregate | Current<br>12/01/2003 - 11/30/2004 | Renewal<br>12/01/2004 - 11/30/2005 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $85.04 | $117.36 | 38.01% |
| Aggregate Attachment Point | $4,447 | $5,956 | 33.93% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for both Specific and Aggregate.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates

# Maximum Liability - Medical

The maximum liability for medical benefits (Facility and Physician) is arrived at by multiplying the aggregate stop-loss attachment point by the number of contracts covered:

$$\$5,956 \times 103 = \$613,468$$

Your group's aggregate attachment point is calculated by dividing 120% of projected annual amounts billed your group by BCBSM for medical benefits (Facility and Physician) by the number of contracts covered (120% x $512,030 / 103 = $5,956).

## Projected Cost

**Variable Cost**

| | | | |
|---|---|---|---|
| Medical Claims Cost: | | | |
| Facility | $284,779 | | |
| Physician | $227,251 | | |
| Total Medical Claims Cost | | $512,030* | |
| Prescription Drug Claims Cost | | $163,343 | |
| Dental Claims Cost | | $54,501 | |
| **Total Variable Cost** | | | **$729,874** ª |
| | | | |
| **Fixed Cost:** | | | |
| Stop-Loss Premium | | $145,057 | |
| Administrative Fees | | $43,729 | |
| **Total Fixed Cost** | | | **$188,786** |
| | | | |
| **TOTAL PROJECTED COST** | | | **$918,660** |

BCBSM business costs to arrange and maintain our unique participating provider and hospital agreements are reflected in hospital claim costs. Projections represent incurred claims.

*Applies toward maximum liability

# Alternative Stop-Loss Coverage Levels

Medical cost inflation, advances in technology, and an aging population all contribute toward rising health care costs each year. Maintaining the same specific stop-loss level year after year actually translates into having more stop-loss protection. Selecting a higher level of specific stop-loss coverage will make premiums more affordable, and is an option that your group may want to consider at some point. The following stop-loss coverage is available for Medical benefits (Facility and Physician) for both Specific and Aggregate.

| Annual Attachment Point | | | Monthly Cost Per Contract | | |
|---|---|---|---|---|---|
| Specific | Aggregate per Contract | Based on 103 Contracts | Specific | 120% Aggregate | Total |
| $25,000 | $5,956 | $613,468 | $97.11 | $20.25 | $117.36 |
| Aggregate Only | $0 | $0 |  | $0.00 | $0.00 |

# BCBSM Value Added Services

### \* Statewide Networks of Hospitals, Physicians and Pharmacies

Over 95% of Michigan doctors fully participate with BCBSM. All of Michigan's acute-care hospitals participate with BCBSM.

### \* BlueCard Provides Coverage and Provider Discounts, Nationwide

Shared access to provider networks enables the BlueCard program to provide cost savings and claims billing convenience when members get care outside of Michigan or their Home Plan area. BlueCard links all Blue Plans and allows us to instantly transfer claim and member-eligibility information between Blue Plans.

### \* Anti-Fraud Savings

Investigation of potential fraud cases coupled with vigorous prosecution of health care fraud has recovered   more than $198 million dollars for our customers in the last 21 years.

### \* Annual COB Savings in Excess of $242 Million

Coordination of Benefits reduced claim payments when these payments are the primary responsibility of another group health plan.

### \* Individual Case Management

With Case Management, BCBSM will make patient care arrangements that provide the appropriate level of services and quality of care for the patient while maintaining the financial interests of the account.

### \* Utilization Review Savings in Excess of $37 Million

BCBSM's utilization review programs include:
- Pre-admission review for acute inpatient hospital care
- Concurrent utilization review for continued inpatient hospital treatment
- Retrospective review of hospitals for appropriateness of certain cases
- Discharge planning
- Audits for providers and laboratories

### \* Over 93% of Statewide Providers Bill Electronically

Claims submission for basic services is direct when services are rendered by participating providers. Your members do not need to file these claims themselves.

### \* Dedicated Service Team for Each Group

Your account service team is conveniently based near your location. Members may use a toll-free telephone number to call Customer Service Representatives to answer all your members' health care concerns. Plus, we have 16 service centers conveniently located throughout Michigan to serve our customers.

## Some of the reasons for the increase in administrative fees this year:

* **Coordination of Benefits Enhancements**

   These changes will provide savings far exceeding the investment required. BCBSM is the first carrier in Michigan to obtain COB savings on prescription drugs, and COB savings on other lines of coverage are being improved also.

* **Blue HealthLine**

   This benefit allows your members 24 hour-a-day access to trained nurses for answers to health related questions through our toll-free telephone number. Unnecessary visits to providers are often avoided as a result, and that saves money.

* **BlueCard System Enhancements**

   This system allows you to take advantage of provider discounts from other "Blue" plans across the country in addition to those provided by our statewide network.

* **HIPAA Regulations**

   These have added a significant amount of paperwork and administrative detail to our operation, including the issuance of certificates of coverage.

**Programs like those mentioned above as well as Precertification, Utilization Review, and Case Management result in real savings and a positive return on the administrative investment.**